IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                                  NO:   4:06 CR 00141   JLH

JOHNNIE RAY ALLMOND

### ORDER

The attorney representing defendant Allmond, Mr. Danny Glover, orally represents to the court that his client has agreed to continued detention [1] with full reservation of rights to bring the issue of detention before the court at a later date.  This oral request has been followed by a confirmation letter to the undersigned.

IT IS SO ORDERED this 22nd day of November, 2006.

    /s/ John F. Forster, Jr.
UNITED STATES MAGISTRATE JUDGE

---

[1] The United States confirms that the continued detention is pursuant to a prior agreement.