AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 23 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JOHNNIE RAY ALLMOND | Case No. 4:06CR00141 JLH |
| | USM No. 24164-009 |
| | Molly K. Sullivan |
| | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) _General, 3, 6, 15_ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Violation of federal, state, or local law | February 3, 2013 |
| Standard (3) | Failure to truthfully answer inquiries of probation officer | April 16, 2013 |
| Standard (6) | Failure to notify probation officer prior to change in residence | April 16, 2013 |
| Special (15) | Failure to participate in drug treatment program as directed | April 10, 2013 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _7514_

Defendant's Year of Birth: _1969_

City and State of Defendant's Residence:
Pine Bluff, Arkansas

_January 28, 2014_
Date of Imposition of Judgment

_/s/_
Signature of Judge

**J. Leon Holmes, United States District Judge**
Name and Title of Judge

_January 28, 2014_
Date

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: JOHNNIE RAY ALLMOND
CASE NUMBER: 4:06CR00141 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

### 24 MONTHS with no term of supervised release to follow

X The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends defendant participate in residential or nonresidential substance abuse treatment during incarceration. The Court further recommends placement in the FCI Forrest City, Arkansas, facility so as to remain near his family.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on **Monday, March 3, 2014** .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL